# EXHIBIT A

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Edgar Almonte<br>DOB xx/xx/96<br><br>*Defendant(s)* | Case No. 24 MJ 60 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 26, 2023** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Distribution of fentanyl. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Cowan, FBI SA
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 01/30/2024

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Edgar Almonte<br>DOB: xx/xx/96)<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24 MJ 60 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edgar Almonte,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)

Date: 01/30/2024

*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jacob Cowan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a sworn federal law enforcement officer with the Federal Bureau of Investigation (FBI), with authority to investigate federal offenses pursuant to Titles 18, and 21 of the United States Code. I have been employed as a Special Agent with the FBI since June 2016. Prior to this, I served as an Officer in the United States Army for twelve years. I have obtained a Bachelor of Science Degree in Criminal Justice from the University of Wisconsin-Milwaukee, a Master's in Professional Studies (M.P.S.) from St. John's University, and a Post Graduate Certificate from the Kennedy School of Government at Harvard University. I graduated from the FBI Academy in Quantico, Virginia in 2016 and have over seven years of law enforcement experience. I have been involved in the enforcement and investigation of numerous violations of federal law to include drug trafficking investigations, firearm trafficking investigations, and violent crime related cases. I have personally conducted and participated in numerous investigations that have given me familiarity with the various methods that criminals use to conduct illicit firearm and narcotics transactions in violation of federal law. I have used investigative techniques including, but not limited to: consensual monitoring, physical surveillance, witness and subject interviews, court authorized electronic surveillance, review and analysis of telephone records, and the execution of search and arrest warrants.

2. I have relied on informants to investigate narcotics trafficking. Through informant interviews and debriefings of individuals involved in those offenses, I have learned about the manner in which individuals and organizations finance, purchase, transport, and distribute narcotics both within and outside of Wisconsin. I have utilized informants to conduct "controlled purchases" of controlled substances from individuals. I have also conducted surveillance of individuals engaged in drug trafficking and participated in the execution of numerous search warrants resulting in the seizure of drugs.

3. Based on my training and experience, I have become familiar with the language utilized over the telephone to discuss firearms and drug trafficking and know that the language is often limited, guarded, and coded. I also know that drug traffickers often use electronic devices (such as computers and cellular phones) and social media to facilitate these crimes. Based on my experience, I know that drug traffickers may keep photographs of these items on electronic devices.

4. I also know that drug traffickers commonly possess—on their person, at their residences, at their places of business, in their vehicles, and other locations where they exercise dominion and control—narcotics, and records or receipts pertaining to such.

9. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by a confidential source; analysis of public

records; controlled purchases of drugs and consensually-recorded conversations; analysis of social media information; and analysis of telephone records.

5. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

10. I am submitting this affidavit in support of a Federal Criminal Complaint for Edgar ALMONTE (DOB xx/xx/96), in the State and Eastern District of Wisconsin. As will be shown below, there is probable cause to believe that on or about October 26, 2023, ALMONTE committed the crime of Distribution of Controlled Substances, namely fentanyl, in violation of Title 21 United States Code, Section 841(a)(1) and 841(b)(1)(A) (possession with intent to distribute fentanyl and heroin).

## PROBABLE CAUSE

6. On or about May 9, 2023, Racine County Sheriff Office (RASO) Metro Drug Agents along with High Intensity Drug Trafficking Area (HIDTA) Agents obtained information from HIDTA that a suspicious package was dropped off at the United Parcel Service (UPS) in Phoenix, Arizona and addressed to 1602 Carlton Drive in the City of Racine, County of Racine, Wisconsin with the recipient's name of "John Bean."

7. HIDTA Agents learned a narcotics K9 alerted to the presence of illegal narcotics emanating from the package, obtained a search warrant for said package, and revealed its contents. Agents discovered approximately 2,275 grams of blue round tablets marked "M30" pills. Based on your affiants training and experience as a Special Agent, your affiant knows "M30" pills are oxycodone hydrochloride, but in some cases can also

3

be counterfeit pressed fentanyl pills.

8. RASO Metro Drug Agents later processed and inventoried the suspected pressed fentanyl pills. A Nark II field test kit yielded a positive result for fentanyl. A net weight of 2,280 grams, and quantity of 20,531 pills was recorded.

9. On May 9, 2023, after investigators seized the fentanyl pills from the above-described parcel, the parcel was supplied with sham narcotics and delivered to the intended address. That same day, investigators observed an individual now known as a confidential source, CS-1, pick up the parcel from 1602 Carlton Drive in Racine, Wisconsin, and drive away. Investigators followed CS-1, who eventually detected law enforcement presence, tossed the parcel from the vehicle, and successfully fled from law enforcement officers.

10. In approximately July 2023, RASO Metro Drug Agents met with CS-1, at which time CS-1 stated that CS-1 was the intended recipient of the pressed fentanyl pills, and that the pressed fentanyl pills originated from Edgar ALMONTE (ALMONTE). CS-1 further stated that CS-1 met ALMONTE when they were incarcerated together in approximately 2016. CS-1 stated that in 2018, after CS-1 was released from prison, CS-1 began buying fentanyl pills from ALMONTE. Since 2018, CS-1 stated ALMONTE would ship approximately one to two packages of pressed fentanyl pills per week to various addresses throughout the City of Racine for CS-1 to pick up. CS-1 stated each package would contain approximately 10,000 pressed fentanyl pills. CS-1 stated that CS-1 also obtained heroin from ALMONTE on a few occasions. CS-1 further stated ALMONTE's primary method of shipment was via UPS, however, ALMONTE would also deliver

4

narcotics in person, or had another individual deliver in person for him.

11.     CS-1 stated upon selling the pressed fentanyl pills, ALMONTE previously shipped from Arizona, ALMONTE would then fly into Milwaukee International Airport (MKE), stay at a local hotel, and CS-1 would meet with ALMONTE to turn over proceeds in the amount of approximately $35,000 - $40,000 each visit.

12.     CS-1 stated ALMONTE told CS-1 that ALMONTE's source of supply was the Sinaloa Cartel in Mexico. CS-1 stated when CS-1 met ALMONTE in person during two different in-person narcotics transactions ALMONTE told CS-1 he was only allowed by the Sinaloa cartel to sell fentanyl pills, methamphetamine, and heroin.

13.     CS-1 began providing information to law enforcement in July 2023. CS-1 previously worked as a confidential informant with the Racine Police Department and Racine Sheriff's Department between approximately August 2021 and November 2022, and was paid $1,670 by the Racine Police Department. CS-1 is now cooperating in exchange for consideration on pending federal drug-related offenses. The information provided by CS-1 to law enforcements agents is substantially against CS-1's penal interest. Additionally, to the extent possible information provided by CS-1 has been corroborated by agents through external sources, including physical evidence, consensually recorded telephone calls, phone toll information, audio recordings, surveillance, and law enforcement databases. CS-1 has a criminal history that includes battery, resisting arrest, disorderly conduct, possession of a controlled substance, manufacturing and delivery of a controlled substance, and various motor vehicle violations. Within the context of the information detailed and relied upon for purposes

5

of this affidavit, case agents believe CS-1 is credible and CS-1's information reliable.

14. CS-1 stated most communications with ALMONTE were via Facebook Messenger and provided ALMONTE's Facebook username of "Cha Ggi." Case agents identified ALMONTE's Facebook Account as https://www.facebook.com/shaggy.almonte.50. Upon reviewing ALMONTE's Facebook, CS-1 confirmed the individual in the Facebook profile picture appeared to be ALMONTE, though his face was covered with a purple devil smiling emoji.

15. RASO Metro Drug Agents reviewed the communication via Facebook Messenger between ALMONTE and CS-1 and observed illegal narcotics logistical communication dating back to approximately December 2017. Facebook communications between ALMONTE and CS-1 reflect that ALMONTE supplied the fentanyl pills that were seized by agents on or about May 9, 2023. Specifically, ALMONTE sent CS-1 a Facebook message and said, "I saw on ur page on a comment u was on the news nd that's how I knew." CS-1 said, "Oh ok I was trying to tell you without telling you shittt had went sour." ALMONTE said, "6028178359 give me a call when u can fam." CS-1 said, "But I hired a lawyer they would have to prove I had knowledge that I knew anything ok bet soon as my chic leave I got you because ion want her in our business." Based on their training, experience, familiarity with this investigation, and CS-1's debrief, case agents believe that ALMONTE contacted CS-1 about the fentanyl pills that were seized by law enforcement and CS-1 did not want to alarm ALMONTE about the seizure. Case agents further know that the incident involving CS-1 and the fentanyl pills was aired on public television shortly after it occurred in May.

6

16. CS-1 stated CS-1 also communicated with ALMONTE via the Facebook Messenger calling feature, cell phone text messaging, and telephone calls. RASO Metro Drug Agents reviewed the cell phone text communications between ALMONTE and CS-1, which also included illegal narcotics logistical communications. A few examples of these communications are as follows:

   a. On April 3, 2023, CS-1 texted ALMONTE, using telephone number (602) 829-2631, and said, "I got your pape blues all out need more ASAP." On April 4, 2023, ALMONTE responded and said, "Get me another good AD fam." CS-1 said, "Ok hold up, 1445 College Ave Racine, Wi 53403." ALMONTE said, "[Strong arm emoji], Ama get it all ready ill get out there tomorrow to we good to go." CS-1 said, "[Strong arm emoji]." Based on their training, experience, familiarity with this investigation, and CS-1's debrief, case agents believe that CS-1 told ALMONTE that CS-1 had drug proceeds for ALMONTE ("pape"), that CS-1 sold all the fentanyl pills provided by ALMONTE, and that CS-1 needed ALMONTE to send more. ALMONTE asked for a good address to send a resupply of fentanyl pills to CS-1, and CS-1 provided the address for shipment.

   b. On April 21, 2023, ALMONTE, using telephone number (602) 829-7631, texted CS-1 and said, "Ok so we good then, have him let it cool for alittle." Also included in the text was a screen shot of a parcel delivery on Friday, April 21 at 2:18 p.m., wherein UPS indicated that the parcel was left on the porch of an address in Racine, Wisconsin. CS-1 said, "Ok bet." ALMONTE said, "Bet fam ill update u on the other in a bit." CS-1 said, "Bet." On April 22, 2023, CS-1 sent ALMONTE an eye emoji. ALMONTE said, "Im wwitin on em now shit dry out here bad I should have e mtn tryin get em to u asap." Based on their training, experience, familiarity with this investigation, and CS-1's debrief, case agents believe ALMONTE sent CS-1 a text message confirming the delivery of fentanyl pills to CS-1's location.

17. On or about July 26, 2023, at the direction of case agents, CS-1 called ALMONTE at telephone number (602) 817-8359. ALMONTE did not answer the telephone call, but later that same day ALMONTE and CS-1 communicated via Facebook

7

Messenger. CS-1 said via Facebook Messenger, "You ain't get my text I tried hitting yo line yesterday Nep said he Dan near got that together shoot you new line because ion he having service we're I can hit you on here all the time." ALMONTE responded via Facebook Messenger, "6028009419." CS-1 said, "Nep said he will be ready so I was hitting you letting you know I'll have that for you soon." ALMONTE responded via Facebook Messenger, "Bet hella yea got his other pair to lets get it fam." CS-1 said, "Need you to be on point with ours too but if not then I'm just have to fucckk with his way because my bread getting funny."

18. Based on their training, experience, familiarity with this investigation, and CS-1's debrief, case agents believe that CS-1 was asking for ALMONTE's new telephone number to discuss future transactions of narcotics sales. It is further believed that CS-1 told ALMONTE that CS-1 needed ALMONTE's telephone number because CS-1 did not think conversation could continue over Facebook Messenger due to a poor internet connection. CS-1 told ALMONTE that CS-1 had money to pay ALMONTE and that CS-1 needed to ensure the product CS-1 was receiving from ALMONTE was good quality.

19. On September 18, 2023, CS-1 sent a text message to the ALMONTE and said, "Fat Boi bout head to crib get lil rest when I wake up I'm bout hit you goo." ALMONTE said, "Moving to a new crib." CS-1 said, "Lol me too today." ALMONTE said, "Tats good sighs new beginnings get rid off all old vibes 100." CS-1 said, "Facts." ALMONTE said, "Soon as I finish unloadin ill call u." CS-1 said, "Ok."

20. Based on their training, experience, and familiarity with this investigation, case agents believe that ALMONTE told CS-1 that he (ALMONTE) is excited to start

8

trafficking narcotics again with CS-1 ("Tats good sighs new beginnings get rid off all old vibes 100").

21. On September 18, 2023, CS-1 received a telephone call from ALMONTE. CS-1 said CS-1 had $5,000 in United States currency to give ALMONTE if ALMONTE wanted to come out and get it (meaning if ALMONTE traveled to Milwaukee). ALMONTE said, "Let's do that." CS-1 then said CS-1 was only going to distribute a certain amount of narcotics at a time so ALMONTE would not be waiting and CS-1 would not be waiting to get paid. CS-1 said, "My things is the blues, I need to get my thing going again." ALMONTE said, "Yeah, well let me get this shit set up and I'll text you when I'll be there and we will chop it up over there. CS-1 then said, "Put my together." ALMONTE said, "That is what I want to discuss with you."

22. Based on their training, experience, and familiarity with this investigation, case agents believe that during this call, CS-1 told ALMONTE that CS-1 had $5,000 to provide to ALMONTE, which case agents know CS-1 to owe ALMONTE for a previous drug debt. CS-1 further told ALMONTE that he wants to distribute fentanyl pills ("the blues") and that CS-1 needs to start distributing fentanyl pills again ("I need to get my thing going on"). ALMONTE then told CS-1 that he (ALMONTE) would be traveling to Milwaukee, would text CS-1 when he arrives, and they could discuss narcotics distribution then ("we will chop it up over there").

**Electronic Surveillance**

23. On September 21, 2023, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, authorized a search warrant to

9

obtain location data of ALMONTE's cellular phone number, (602) 800-9419, or ALMONTE's Phone. Various extensions of this warrant were subsequently authorized. *See* Case No 23-M-459.

24. Beginning on September 21, 2023, at the direction of FBI agents, CS-1 coordinated with ALMONTE to fly from Phoenix Airport Sky Harbor International Airport in Phoenix, Arizona, to General Mitchell International Airport in Milwaukee, Wisconsin for CS-1 to pay ALMONTE $10,000 in United States currency that was owed to ALMONTE for narcotics previously purchased by CS-1.

25. On September 21, 2023, CS-1 received a text message from ALMONTE[1], which stated, "I'll TD, Saturday then so we can talk it out ill book right now." CS1 said, "Ok bet don't let me down Boi." ALMONTE said, "Nah just felt like I was kinda rushin u on cuz so I was letting few days go by see if he can put some more together that way my trip be good lol but ill TD Saturday for sure." CS-1 said, "Ok bet let me try press him." Based on their training, experience, and familiarity with this investigation, case agents believe that ALMONTE told CS-1 that he would touch down ("TD"), meaning fly to and land in Milwaukee on Saturday, and that ALMONTE was waiting a few days so that CS-1 could pay ALMONTE more money, which would make his trip more worthwhile. ALMONTE also indicated that once in Milwaukee, he and CS-1 could discuss narcotics trafficking in more detail ("so we can talk it out").

---

[1] All communications between ALMONTE and CS-1 detailed from this date going forward occurred over ALMONTE's Phone.

10

26. On September 25, 2023, ALMONTE told CS-1 via text message that once ALMONTE landed in Milwaukee, ALMONTE would provide CS-1 the address of the hotel that ALMONTE would be staying at so that CS-1 could meet ALMONTE at the hotel.

27. On September 25, 2023, ALMONTE arrived at General Mitchell International Airport. Upon ALMONTE's arrival, law enforcement agents used the court-authorized location data for the ALMONTE's Phone to conduct physical surveillance of ALMONTE arriving in Milwaukee, Wisconsin and meeting with CS-1 to conduct the money transaction with CS-1. Case agents know that while ALMONTE was in Milwaukee, he and CS-1 met and CS-1 provided ALMONTE the agreed upon $10,000 in pre-recorded law enforcement funds. During their meeting, ALMONTE agreed to provide heroin and fentanyl pills to CS-1 in exchange for some of the payment CS-1 provided to ALMONTE.

28. On October 17, 2023, CS-1 sent a text message to ALMONTE, which stated, "H bro." ALMONTE said, "Yea we goin have to fuck with it till some pop on the other." CS-1 said, "Man I'm ready bro they waiting they been giving them garbage here." ALMONTE said, "Yeah i know I told u Friday but buddy went back home he had a son nd shit he supost be here yesterday that all im waitin on cuz I a it tryin do no box." CS-1 said, "Facts." ALMONTE said, "We goin get on it fam." Based on their training, experience, and familiarity with this investigation, case agents believe that during this text communication, CS-1 inquired about the status of heroin being sent to Milwaukee.

11

ALMONTE stated he is waiting on his contact, who just had a child ("he had a son nd shit"), to return with heroin that ALMONTE will then distribute to CS-1.

29. On October 18, 2023, ALMONTE communicated with CS-1, stating that ALMONTE would provide CS-1 with one-half of a kilogram of heroin and 20,000 fentanyl pills for $6,000, and CS-1 could pay ALMONTE at a later date.

30. On October 26, 2023, CS-1 received a package from UPS that was sent from Phoenix, Arizona. CS-1 notified law enforcement that a package was going to be delivered from ALMONTE. Law enforcement conducted surveillance at the location the package was to be delivered and observed the package delivered. CS-1 retrieved the package and was picked up by law enforcement in a covert vehicle. CS-1 turned the package over to law enforcement and the package was opened. Approximately 500 grams of suspected heroin, based on field testing, was contained within the package.

11. The suspect heroin was submitted to the DEA's North Central Laboratory for testing, and the laboratory reported that the exhibit tested positive for fentanyl in the amount of 494 grams.

31. On November 2, 2023, ALMONTE arrived at General Mitchell International Airport. Upon ALMONTE's arrival, law enforcement agents used the court-authorized location data for ALMONTE's Phone to conduct physical surveillance of ALMONTE arriving in Milwaukee, Wisconsin and meeting with CS-1 to conduct the money transaction with CS-1. Case agents know that while ALMONTE was in Milwaukee, he and CS-1 met, and CS-1 provided ALMONTE the agreed upon $10,000 in pre-recorded law enforcement funds. During their meeting, which was audio and video recorded,

ALMONTE said, "We doing these ones right now. We can uh, I have the other right there I got to get that to you too. I want to get that with the, with the blues."

32. Based on their training, experience, and familiarity with this investigation, case agents believe that during this conversation, ALMONTE told CS-1 that he (ALMONTE) had more kilograms of heroin available to send to CS-1, but ALMONTE wants to wait to send additional heroin until he has fentanyl pills ("the blues") available as well.

33. On December 1, 2023, CS-1 sent a text message to ALMONTE, which stated, "Let me fly out me you n him have sit down because how T's going I'm fuck n my pape up waiting on them to get they shit together if we're going to work let's work if not that's cool too." ALMONTE responded by text message, stating: "I talked to them today this coming up he going have them up there and thos are his that's were we going get it rolling like I said bro my fault I know its nun but bullshit on my end but damm u should see how much im digging get shit going im relly trying bro shit just cant get on track for us everyone just doing bad as fuck out here. ALMONTE also texted, "Shit I told them stright up I was even embarrassed talkin to u already they said its kinda hard but they goin make it up and get it there just little more time."

34. Based on their training, experience, and familiarity with this investigation, case agents believe that during this conversation, CS-1 told ALMONTE CS-1 wanted to travel to Phoenix, Arizona to meet with ALMONTE's source of narcotics supply to deal directly with the supplier for narcotics shipments to Racine, Wisconsin. Case agents further believe that ALMONTE responded by telling CS-1 that ALMONTE's supplier

13

didn't have any product available yet and that ALMONTE told the supplier that he was embarrassed talking to CS-1 without being able to supply narcotics to CS-1. ALMONTE further told CS-1 that the supplier needs more time to supply narcotics to ALMONTE and CS-1.

35. Thereafter, communications between CS-1 and ALMONTE, who was using the ALMONTE's Phone, reflect that CS-1 was going to travel to Phoenix, Arizona to meet with ALMONTE and discuss narcotics trafficking.

36. On December 9, 2023, CS-1 arrived in Phoenix and informed ALMONTE of CS-1's arrival. Later that same day, CS-1 met AMONTE in a hotel lobby. ALMONTE and CS-1 had a few drinks at the hotel bar and ALMONTE informed CS-1 that CS-1 was going to be introduced to two individuals. ALMONTE would introduce CS-1 to his associates to discuss the price and logistics for ALMONTE and CS-1 to receive kilogram quantities of cocaine. ALMONTE told CS-1 he needed CS-1 to speak with an elderly woman about the previous shipment of fentanyl pills sent by ALMONTE to CS-1 that had been seized by law enforcement. ALMONTE explained to CS-1 the elderly woman needed verification from CS-1 that the fentanyl pills truly had been intercepted by law enforcement to provide credibility to the elderly woman that ALMONTE had not stolen the pills and kept them for himself.

37. CS 1 then travelled with ALMONTE in ALMONTE's white in color Chevrolet Malibu to a liquor store and purchased some liquor and beer. CS-1 and ALMONTE then travelled to ALMONTE's apartment building, and ALMONTE parked directed in front of an apartment. CS-1 and ALMONTE exited the white in color

14

Chevrolet Malibu and entered the apartment. Upon entering the apartment, CS-1 was introduced to ALMONTE's girlfriend, know to law enforcement as Individual A[2], and other individuals that were present at the apartment to watch a boxing match.

38. After spending approximately two hours at the apartment, ALMONTE received a telephone call from his source of supply. ALMONTE approached CS-1 and they departed the apartment. ███████ ████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████ ██████████████████

████████████████████████████████████████████

████████████████████████

39. On January 23, 2024, CS-1 sent a text message to ALMONTE, which stated, "So if I'm getting them for your price at 16.5 I'll let them go for for 21.5 22 at the most so they will leave fast how much you want see if if it just want come to an agreement we're we both happy." CS-1 said, "Because I plan on grabbing more the next time we see buddy." ALMONTE said, "Im good with 18." CS-1 said, "Ok bet, just get out here so we can get shittt popin." ALMONTE said, "Yea im on it." On January 23, 2024, at

---

[2] Law enforcement identified Individual A through law enforcement databases, vehicle registration information, and law enforcement physical surveillance.

approximately 9:53 p.m., CS-1 sent a text message to ALMONTE, which stated, "I hats the word fam." ALMONTE said, "Getin out there tomorrow." CS-1 said, "Ok bet."

40. Based on their training, experience, and familiarity with this investigation, case agents believe that during this conversation CS-1 told ALMONTE what CS-1 could sell each kilogram of cocaine for in Milwaukee, Wisconsin, and wanted to know how much money ALMONTE expected to receive from CS-1 as profit. ALMONTE told CS-1 that he would be okay with selling each kilogram for $18,000, so ALMONTE would profit $1,500 per kilogram of cocaine. ALMONTE then told CS-1 that he would be arriving in Milwaukee, Wisconsin on January 24, 2024.

41. ███████████████████████████████████████████████████████████████████████████████████████████

## CONCLUSION

42. Based on the foregoing, I believe there is probable cause to believe that Edgar ALMONTE has committed violations of federal law, including Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) (distribution of fentanyl).

16